JENNIFER A. FORNETTI, ESQ.
Nevada Bar No. 7644
ELIZABETH A. HANSON, ESQ.
Nevada Bar No. 16249
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherpillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Exel Inc.*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS FRENCH, an individual | CASE NO.: 2:26-cv-01425-MMD-EJY |
| Plaintiff, | **ORDER GRANTING STIPULATION TO STAY CASE RE: ARBITRATION** |
| vs. | |
| EXEL INC., a Massachusetts Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this litigation be stayed as parties have agreed to resolve their dispute through arbitration pursuant to the arbitration agreement between them.

It is hereby stipulated by and between the parties and ORDERED as follows:

1. The instant action, in its entirety, shall be stayed and submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or Defendant's defenses; and,

/ / /

/ / /

/ / /

/ / /

1

FP 63906962.1

3.      Each party shall bear its own fees and costs before this Court as of this date.

**SO STIPULATED.**

Dated this 2nd day of June, 2026.

GREENBERG GROSS, LLP                    FISHER & PHILLIPS, LLP


  */s/ Coco Padilla*                                */s/ Jennifer A. Fornetti*
JEMMA E. DUNN                            JENNIER A. FORNETTI, ESQ.
MATTHEW T. HALE                         ELIZABETH A. HANSON, ESQ.
JORGE "COCO" PADILLA                     300 S. Fourth Street, Suite 1500
GREENBERG GROSS LLP                      Las Vegas, Nevada 89101
1980 Festival Plaza Drive, Suite 730     *Attorneys for Defendant Exel Inc.*
Las Vegas, Nevada 89135
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
JPadilla@GGTrialLaw.com
*Attorneys for Plaintiff*
*Douglas French*


**ORDER**

IT IS SO ORDERED:

U.S. DISTRICT JUDGE

June 3, 2026

DATED

*Left margin (vertical):* FISHER & PHILLIPS LLP — 300 S Fourth Street, Suite 1500 — Las Vegas, Nevada 89101

2

FP 63906962.1